■ ATLANTIC MUTUAL INSURANCE COMPANY v. ATLANTIC NATIONAL INSURANCE COMPANY—Motion by appellant for resettlement to correct error on its part granted. Resettled order signed and filed. Concur—McGivern, J. P., Markewich, Kupferman, Murphy and McNally, JJ.